

FILED

JAN 2 4 2017

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:17-cv-52 |
| | § | |
| ONE ROLEX WATCH, et al | § | |
| Defendants. | § | |

## WARRANT OF ARREST IN REM

TO:   The Department of Homeland Security Investigations for the Eastern District of Texas and/or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court.

On January 23, 2017, the United States filed a verified complaint for civil forfeiture in the United States District Court for the Eastern District of Texas against the following defendant property:

Personal property seized from Sun Im Mount and/or Cameron Mount:

   a. One Rolex Watch
   b. One Gold Belex Watch
   c. Two Cartier Watches
   d. One Piaget Watch
   e. One Cartier Wedding Ring
   f. One Silver Color Necklace with White Stones
   g. One Pearl Color Necklace
   h. One Gold Color Necklace with White Beads
   i. One Silver Color Bracelet with White Stones
   j. One 2015 Toyota Camry
   k. $29,030.00 in U.S. Currency seized from 7041 Fullerton Drive, Plano, Texas

Funds seized from Wells Fargo accounts owned by Sun Im Mount or Cameron Mount:

**Warrant of Arrest in Rem – Page 1 of 3**

  l. $49,451.00 seized from Wells Fargo account number x1425
  m. $53,580.00 seized from Wells Fargo account number x9091
  n. $10,023.00 seized from Wells Fargo account number x8404
  o. $136,300.00 seized from Wells Fargo safe deposit box
  p. $8,935.10 seized from Wells Fargo account number x0913

Funds seized from a Whilshire bank account owned by Sun Im Mount and/or Cameron Mount:
  q. $59,646.83 seized from Wilshire account number x1287

Funds seized from Shinhan Bank owned by Sun Im Mount and/or Cameron Mount:
  r. $19,044.54 seized from Shinhan Bank account number x4963
  s. $9,425.85 seized from Shinhan Bank account number x2929
  t. $18,705.68 seized from Shinhan Bank account number x8712
  u. $90,721.97 seized from Shinhan Bank account number x1071
  v. $9,425.85 seized from Shinhan Bank account number x2910

alleging that the property is subject to seizure and forfeiture to the United States for the reasons alleged in the complaint.

The defendant property is currently in the possession, custody, or control of the United States.

In these circumstances, Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant in rem for the defendant property.

Supplemental Rule G(3)(c)(i) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

YOU ARE COMMANDED to do the following:

1. To arrest the defendant property as soon as practicable [see Rule G(3)(c)(ii) for exceptions for serving as soon as practicable] by serving a copy of this warrant on the

custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

2. Promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individual(s) upon whom copies were served and the manner employed.

Dated: January 24, 2017

DAVID O'TOOLE
Clerk of the Court
United States District Court for the
Eastern District of Texas

By: _____
Deputy Clerk